UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CARL BANKS,

                Plaintiff                09 Civ. 5203

  -against-                           <u>ORDER</u>

CAPTAIN HARRIS, ET AL.

                Defendants.

------------------------------------x

       In light of the Amended Complaint, filed September 2, 2009, the <u>Pro Se</u> Office is directed to issue an amended summons and any other necessary papers in order to assist Plaintiff in serving Defendant Harris.

       It is so ordered.

**New York, N.Y.**
**September 29, 2009**

                                      /s/ Robert W. Sweet
                                      **ROBERT W. SWEET**
                                           **U.S.D.J.**

[Filing stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/29/09]