UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CARL BANKS,

          Plaintiff,

                                        09 Civ. 5203 (RWS)

  - against -

                                        O R D E R

CAPTAIN HARRIS ET AL,

          Defendants.

------------------------------------------X

Sweet, D.J.,

       Plaintiff's motion to compel, dated October 18, 2009, will be heard on submission, without oral argument, on November 18, 2009. All motion papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

New York, NY
October 27, 2009

                                          ROBERT W. SWEET
                                              U.S.D.J.