UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

CARL BANKS,

                Plaintiff,        09 Civ. 5203 (RWS)

    -against-                   OPINION

CAPTAIN HARRIS, et al,

               Defendants.

------------------------------------X

A P P E A R A N C E S:

      Pro Se

      CARL BANKS
      # 77934-053
      MDC Brooklyn
      P.O. Box 32909
      Brooklyn, NY 11232


      Attorney for Defendant

      MICHAEL A. CARDOZO
      Corporation Counsel of the City of New York
      100 Church Street
      New York, NY 10007
      By:  Diep Nguyen, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/10

**Sweet, D.J.,**

Plaintiff Carl Banks's request for identification of the names, shield numbers, and addresses of the officers present at the incident of April 16, 2009 is granted.  The remainder of his requests are denied.

It is so ordered.

**New York, NY**
**April** /4 , **2010**

ROBERT W. SWEET
U.S.D.J.

1